# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACI FERREYRA, | )<br>) |
| Plaintiff, | ) Case No. 2:10-cv-01870-KJD-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| TARGET CORPORATION, *et al*., | )<br>) |
| Defendants. | ) |

    This matter is before the Court on Counsel for Defendant Target Corporation's Request to Remove Counsel Scott Van Alfen from CM/ECF Service List (#39), filed January 10, 2012.  Mr. Van Alfen is no longer with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and thus, no longer represents defendant in this matter.  Kym Samuel Cushing and Paul J. Hoffmann will remain counsels of record for Defendant Target Corporation. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant Target Corporation's Request to Remove Counsel Scott Van Alfen from CM/ECF Service List (#39) is **granted**.

    Dated this 11th day of January, 2012.

                                                  **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**