# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACI FERREYRA, | ) |
|     Plaintiff, | ) Case No. 2:10-cv-01870-KJD-CWH |
| vs. | ) **ORDER** |
| TARGET CORPORATION, *et al*., | ) |
|     Defendants. | ) |

This matter is before the Court on Counsel for Defendant Target Corporation's Request to Remove Counsel Scott Van Alfen from CM/ECF Service List (#39), filed January 10, 2012.  Mr. Van Alfen is no longer with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and thus, no longer represents defendant in this matter.  Kym Samuel Cushing and Paul J. Hoffmann will remain counsels of record for Defendant Target Corporation. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Target Corporation's Request to Remove Counsel Scott Van Alfen from CM/ECF Service List (#39) is **granted**.

Dated this 11th day of January, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**