**STIP**
Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Paul J. Hofmann, Esq.
Nevada Bar No. 10369
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
paul.hofmann@wilsonelser.com
*Attorneys for Defendant Target Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACI FERREYRA,<br><br>            Plaintiffs,<br><br>     v.<br><br>TARGET CORPORATION, DOES 1 through 10, ; and ROE ENTITIES 11-20, inclusive,<br><br>            Defendants. | CASE NO:   2:10-cv-01870-KJD-CWH |

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**

Plaintiff JACI FERREYRA, by and through her counsel of record JOSH HARRIS, ESQ. of the RICHARD HARRIS LAW FIRM and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ. of the law firm WILSON, ELSER,

. . .

. . .

. . .

300170.1

Page 1 of 2

1  MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the
2  Complaint filed by Plaintiff JACI FERREYRA as against Defendant TARGET CORPORATION,
3  with prejudice, with each party to bear their own fees and costs.
4  Dated this 27 day of February, 2012.          Dated this 27 day of February, 2012.

RICHARD HARRIS LAW FIRM                         WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

_____                       _____
Josh Harris, Esq.                               Kym Samuel Cushing, Esq.
Nevada Bar No. 9580                             Nevada Bar No. 4242
Allison Brasier, Esq.                           Paul J. Hofmann, Esq.
Nevada Bar No. 10522                            Nevada Bar No. 10369
RICHARD HARRIS LAW FIRM                         300 South 4th Street, 11th Floor
801 S. 4th Street                               Las Vegas, NV 89101
Las Vegas, NV 89101                             *Attorneys for Defendant Target Corporation*
*Attorneys for Plaintiff Jaci Ferreyra*

### ORDER

IT IS SO ORDERED.
DATED:   3/2/12

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Paul J. Hofmann, Esq.
Nevada Bar No. 10369
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*